JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE BILLIE,<br><br>               Petitioner,<br><br>    v.<br><br>CONNIE GIBSON,<br><br>               Respondent. | Case No. 2:22-cv-3832-CAS (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is denied and that this action is dismissed with prejudice.

DATED: November 20, 2023

_____
CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE